**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:07CV136-WHA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SEVEN THOUSAND EIGHT HUNDRED SIXTY DOLLARS ($7,860) IN U.S. CURRENCY | COMPLAINT, WARRANT & NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

LUCY BURDETTE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

1336 WHISPERWOOD COURT - MONTGOMERY, ALABAMA 36116

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 3
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

CATS # 06-DEA-473723

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 2/15/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No.: 
District of Origin No.: 2
District to Serve No.: 2
Signature of Authorized USMS Deputy or Clerk: K. Chavers
Date: 2/21/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*):

RETURNED AND FILED
MAR 19 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):

Date of Service: 3/12/07
Time: 2:50 pm
Signature of U.S. Marshal or Deputy: Elmy R. Thomas

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 135 | 15.52 | 0 | 150.52 | | | |

REMARKS:

F.P.-3/1 Deputy 1 hour 6 mi R/T - 222 Canna Dr. Mgm 36105 — Bad Address
-3/2 Deputy 1 hour 6 mi R/T - 759 Upchurch Cir. Mgm 36105 — Bad Address
-3/2 Deputy 1 hour 20 mi R/T - 1336 Whisperwood Dr. Mgm 36117 — Bad Address
-3/12/07  -5716 Carriage Brook Rd Mgm 36116 — Bad Address

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)