**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:07CV136-WHA |
| **DEFENDANT** | **TYPE OF PROCESS** |
| SEVEN THOUSAND EIGHT HUNDRED SIXTY DOLLARS ($7,860) IN U.S. CURRENCY | NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-DEA-473723          PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 2/15/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No.:
District of Origin No. 2
District to Serve No. 2
Signature of Authorized USMS Deputy or Clerk: K. Chavers
Date: 2/21/07

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 3/27/07
Time: 4:00 pm
Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 3/1/07 sent via E-mail
3/8/07 cm# 7002 2410 0002 4887 1572

RETURNED AND FILED
MAR 29 2007

2007 FEB 21 A RECEIVED

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

```
                    :  13058

       ⌐rimary)    :  UNITED STATES MARSHALS SERVICE

   ⌐eet 1 (Primary)  :  ONE CHURCH ST, SUITE A-100

   City (Primary)   :  MONTGOMERY

   State (Primary)  :  AL

   ZIP (Primary)    :  36104-4055

   Phone (Primary)  :  (334) 223-7727

   Start Date       :  03/07/2007

   Stop Date        :  03/21/2007

   Width            :  1

   Depth            :  121

   Ad Rated Cost    :  $791.34

   Extra            :  $0.00

   Discount %       :  $0.00

   Publication      :  01 - Montgomery Advertiser

   Class Code       :  2400 - Legals

   Ad #             :  722453
```

----------

IN THE UNITED STATES
DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF,

v.

SEVEN THOUSAND EIGHT HUNDRED
SIXTY DOLLARS ($7,860) DOLLARS IN UNITED
STATES CURRENCY,
DEFENDANT.

**NOTICE OF ARREST AND SEIZURE**

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued a Warrant of Arrest In Rem for the forfeiture of the Defendant currency, which was seized on September 25, 2006, in Montgomery, Alabama.

Any person claiming an interest in the Defendant currency must file a claim asserting that interest, in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint or as otherwise specified by Supplemental Rule G(5). In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama

285

...states
...ney
of the United
...tes Attorney
...e District of Alabama,
One Court Square,
Suit 201 (36104)
Post Office Box 197
Montgomery, Alabama
36101-0197
Telephone: (334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and 21 §§ 1316.71-1316.81.

All persons and entities who have an interest in the Defendant currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA

Mont. Adv. 3/7, 3/14, 3/21/2007

722453