IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv136-WHA ) |
| SEVEN THOUSAND EIGHT HUNDRED SIXTY DOLLARS ($7,860.00) IN UNITED STATES CURRENCY, | ) ) ) ) |
| Defendant. | ) ) |

**<u>ORDER</u>**

It is hereby ORDERED that the Plaintiff's Application to Clerk for Entry of Default (Doc. #9) is set for hearing on Wednesday, January 23, 2008, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE