IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv136-WHA |
| ) | |
| SEVEN THOUSAND EIGHT HUNDRED ) | |
| SIXTY DOLLARS ($7,860) DOLLARS) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

MOTION TO FILE ADDITIONAL SUPPORT FOR REQUEST TO ENTER DEFAULT

The United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby submits the following:

1. The Defendant property in this case was originally the subject of an administrative forfeiture action conducted by the Drug Enforcement Administration (DEA). Bruce Maddox, Esq. filed a claim in that administrative action on behalf of Lucy Burdette. As a result of this claim, this matter was referred to this office for review and, if warranted, the filing of a judicial forfeiture action.

2. The United States did file a civil forfeiture action and attempted service of notice of same upon Ms. Burdette. Additionally, Mr. Maddox was also served. No claims or answers were filed in the civil forfeiture and the United States moved for default judgment. Mr. Maddox has refreshed undersigned counsel's

**MOTION GRANTED**

SO ORDERED
THIS 25th DAY OF Jan, 2008

_____
UNITED STATES DISTRICT JUDGE