IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv136-WHA |
| | ) | (WO) |
| SEVEN THOUSAND EIGHT | ) | |
| HUNDRED SIXTY DOLLARS | ) | |
| ($7,860) IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the court on a Request to Enter Default to the Clerk of the Court (Doc. # 9) filed by the United States on July 2, 2007.

A Verified Complaint for forfeiture in rem was filed on February 14, 2007. All persons with interest in the Defendant currency were required to file their claims with the Clerk of the Court within thirty days of the execution of the Warrant and Summons for Arrest in rem, publication of the notice of arrest, or actual notice of this action.

Notice of this forfeiture action was published in the *Montgomery Advertiser* on March 7, 14, and 21, 2007. The United States Marshal attempted personal service on Lucy Burdette on multiple occasions and also attempted service on her through the office of attorney Bruce Maddox, who had filed an administrative claim on behalf of Ms. Burdette.

No person has pled or otherwise defended as required by law.

It appears that reasonable and extensive efforts were taken to locate and serve Lucy Burdette in a manner consistent with the principles of service in an in rem action, and that notice reasonably calculated to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections has been undertaken. *See Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950).

Accordingly, it is hereby ORDERED that DEFAULT is entered against Lucy Burdette and all other persons and entities having an interest in the Defendant currency.

Done this 25th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE