```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

UNITED STATES OF AMERICA,        )
                                 )
            PLAINTIFF,            )
                                 )
       v.                        )   CIVIL ACTION NO. 2:07cv136-WHA
                                 )
SEVEN THOUSAND EIGHT HUNDRED     )
SIXTY DOLLARS ($7,860) DOLLARS)
IN UNITED STATES CURRENCY,       )
                                 )
            DEFENDANT.            )

## MOTION FOR DECREE OF FORFEITURE

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Entry of Default against Lucy Burdette and all others persons and entities having an interest in the Defendant currency.

A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 30th day of January, 2008.

```
                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY



                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
                    Bar Number: 7068-II58J
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv136-WHA |
| | ) | |
| SEVEN THOUSAND EIGHT HUNDRED | ) | |
| SIXTY DOLLARS ($7,860) DOLLARS) | | |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## DECREE OF FORFEITURE

On February 14, 2007, a Verified Complaint for Forfeiture In Rem against the Defendant Seven Thousand Eight Hundred Sixty Dollars ($7,860) Dollars in United States currency was filed on behalf of the United States of America (United States). The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substance, or was used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq.; and, therefore, it is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest In Rem issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant currency on February 26, 2007;

That notice of this action was published in the Montgomery Advertiser on March 7, 14 and 21, 2007;

That on March 11, 12 and 21, 2007, a United States Marshal attempted personal service on Lucy Burdette at the following addresses: 222 Canna Drive, Montgomery, Alabama 36105; 759 Upchurch Circle, Montgomery, Alabama 36105; 1336 Whisperwood Court, Montgomery, Alabama 36117 and 5716 Carriage Brook Road, Montgomery, Alabama 36116.

That on May 1, 2007, Kannan Sharp, Legal Secretary for Bruce Maddox, Attorney at Law, accepted service on behalf of Lucy Burdette, and was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem, Notice of Arrest and Seizure, and Warrant and Summons for Arrest In Rem.

That on January 25, 2008, Lucy Burdette and all other persons and entities having an interest in the Defendant currency were defaulted for failure to file a claim within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Claims; and,

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby:

 ORDERED, ADJUDGED, AND DECREED that the Defendant currency be forfeited to the United States and no right, title or interest in the Defendant currency shall exist in any other party; and,

 The Defendant currency shall be disposed of according to law.

 DONE this the ____ day of _____, 2008.

              _____
              UNITED STATES DISTRICT JUDGE