```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

UNITED STATES OF AMERICA,   )
                            )
         PLAINTIFF,         )
                            )
     v.                     )   CIVIL ACTION NO. 2:07cv136-WHA
                            )
SEVEN THOUSAND EIGHT HUNDRED )
SIXTY DOLLARS ($7,860) DOLLARS)
IN UNITED STATES CURRENCY,  )
                            )
         DEFENDANT.         )

## DECREE OF FORFEITURE

On February 14, 2007, a Verified Complaint for Forfeiture In Rem against the Defendant Seven Thousand Eight Hundred Sixty Dollars ($7,860) Dollars in United States currency was filed on behalf of the United States of America (United States). The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substance, or was used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq.; and, therefore, it is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest In Rem issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant currency on February 26, 2007;

That notice of this action was published in the <u>Montgomery Advertiser</u> on March 7, 14 and 21, 2007;

That on March 11, 12 and 21, 2007, a United States Marshal attempted personal service on Lucy Burdette at the following addresses: 222 Canna Drive, Montgomery, Alabama 36105; 759 Upchurch Circle, Montgomery, Alabama 36105; 1336 Whisperwood Court, Montgomery, Alabama 36117 and 5716 Carriage Brook Road, Montgomery, Alabama 36116.

That on May 1, 2007, Kannan Sharp, Legal Secretary for Bruce Maddox, Attorney at Law, accepted service on behalf of Lucy Burdette, and was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, Notice of Arrest and Seizure, and Warrant and Summons for Arrest <u>In</u> <u>Rem</u>.

That on January 25, 2008, Lucy Burdette and all other persons and entities having an interest in the Defendant currency were defaulted for failure to file a claim within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Claims; and,

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Defendant currency be forfeited to the United States and no right, title or interest in the Defendant currency shall exist in any other party; and,

The Defendant currency shall be disposed of according to law.

DONE this the 30th day of January, 2008.

    /s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE